| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF GEORGIA |
| Case number *(if known)* _____  Chapter  **7** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Central Atlanta Drywall, LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
26-3587374

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 9106 Willow Point<br>Covington, GA 30014<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Newton<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **Central Atlanta Drywall, LLC**_____  Case number (*if known*)_____
        Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 2

Debtor **Central Atlanta Drywall, LLC**_____   Case number (*if known*)_____
         Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____      Relationship _____
District _____  When _____   Case number, if known _____

**11.** **Why is the case filed in *this district*?**   *Check all that apply:*

■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds**   .   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**
■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15.** **Estimated Assets**
■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16.** **Estimated liabilities**
☐ $0 - $50,000
☐ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3

Debtor **Central Atlanta Drywall, LLC**　　　　　　　　　　　　　　　　　Case number (*if known*)
　　　　Name

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Central Atlanta Drywall, LLC**     Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 11, 2024**
MM / DD / YYYY

**X /s/ Gregory Mark Skidmore**     **Gregory Mark Skidmore**
Signature of authorized representative of debtor     Printed name

Title **President**

**18. Signature of attorney**

**X /s/ Danny Coleman, MBA, Esq.**     Date **May 11, 2024**
Signature of attorney for debtor     MM / DD / YYYY

**Danny Coleman, MBA, Esq.**
Printed name

**Coleman Legal Group, LLC**
Firm name

**11539 Park Woods Circle**
**Suite 304**
**Alpharetta, GA 30005**
Number, Street, City, State & ZIP Code

Contact phone **770-609-1247**     Email address **DC@ColemanLegalGroup.com**

**177427 GA**
Bar number and State

Ace Hardware
Ace Home Center
181 S Cherokee Rd
Social Circle, GA 30025


American Express
Customer Service
PO Box 981535
El Paso, TX 79998


Assistant for: Judge R. Read
State Court of Rockdale County
922 Court Street
Conyers, GA 30012


Blue Haven
Expansion Capital Group
5801 S Corporate Pl
Sioux Falls, SD 57108


Blue Haven Funding


Champions Mortgage
10575 68th Ave
Suite C2
Seminole, FL 33772


Cloudfund LLC
187 Wolf Road
Suite 101
Albany, NY 12205


Eastshore Equities SMB, LLC
5788 Merrick Rd
2nd Floor
Massapequa, NY 11758

```
Eastshore Equities, LLC
5788 Merrick Rd
2nd Floor
Massapequa, NY 11758


Everest Business Funding
102 W 38th Street
New York, NY 10018


Expansion Capital Group
5801 S Corporate Pl
Sioux Falls, SD 57108


Forward Financing, LLC
53 State St Fl 20
Boston, MA 02109-3204


Foundation Building Materials
1300 Canton Rd NE
Marietta, GA 30006


Georgia Department of Revenue
Compliance Div-ARCS-Bankruptcy
1800 Century Blvd NE, Ste 9100
Atlanta, GA 30345-3202


Gregory Mark Skidmore
9106 Willow Point
Covington, GA 30014


Internal Revenue Service
Centralized Insolvency Oper.
P. O. Box 7346
Philadelphia, PA 19101-7346


Isaac H. Greenfield, Esq.
2 Executive Blvd
Suite 305
Suffern, NY 10901
```

L&W Supply Corp
PO Box 745813
Atlanta, GA 30374-5024


Masada Funding
1811 Silverside Road
Wilmington, DE 19810


Pinnacle Business Funding, LLC
1777 Reisterstown Rd
Baltimore, MD 21209


Reliant Homes GA LLC
574 Conyers Rd
Suite 200
Loganville, GA 30052


State Court of Rockdale County
Clerk, Re CAFN 2023-SV-1417
922 Court St NE
Conyers, GA 30012


Stokes Carmichael & Ernst LLP
1000 Parkwood Cirlce
Suite 300
Atlanta, GA 30339


Taryn L. Jewell, Esq.
T. Jewell Law, PLLC
P.O. Box 899
Holbrook, NY 11741


Tayne Law Group, P.C.
135 Pinelawn Rd
Suite 250N
Melville, NY 11747

```
William K. Carmichael
Stokes Carmichael & Ernst LLP
1000 Parkwoods Cir SE, 300
Atlanta, GA 30339


Wynwood Capital Group LLC
20200 W Dixie Highway
Suite 608
Miami, FL 33180
```

# United States Bankruptcy Court
## Northern District of Georgia

In re  **Central Atlanta Drywall, LLC**                                 Case No.
                        Debtor(s)                                        Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Central Atlanta Drywall, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **May 11, 2024** | **/s/ Danny Coleman, MBA, Esq.** |
| Date | **Danny Coleman, MBA, Esq.** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Central Atlanta Drywall, LLC** |
| | **Coleman Legal Group, LLC** |
| | **11539 Park Woods Circle** |
| | **Suite 304** |
| | **Alpharetta, GA 30005** |
| | **770-609-1247** |
| | **DC@ColemanLegalGroup.com** |